| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2016** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Spraker, Gary A. | 2. Court or Organization<br><br>Bankruptcy Court | 3. Date of Report<br><br>07/29/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>Chief Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>US Bankruptcy Court<br>Old Federal Building<br>605 West 4th Avenue<br>Anchorage, AK 99501 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Alaska Permanent Fund |
| 2. 2016 | Self-employed - attorney |
| 3. 2016 | Self- employed - landlord (separate entity owning law firm building) |
| 4. 2016 | Insurance Settlement on Damage to Vehicle |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 07/29/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | J |
| 2. | American Express | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Invesco American Franchise Fund (f/k/a Leisure Fund) | B | Dividend | L | T | | | | | |
| 2. Franklin Templeton Inv.- Mutual Quest Fund (TEQIX) | C | Dividend | K | T | | | | | |
| 3. Touchstone Invests - OM Copper Rock Int'l Small Cap Fund Z | A | Dividend | J | T | | | | | |
| 4. T. Rowe Price Small Cap Value Fund (PRSVX) | B | Dividend | K | T | | | | | |
| 5. T Rowe Price - Int'l Stock | A | Dividend | K | T | | | | | |
| 6. Wells Fargo Advantage Funds - Discovery (Inv) | A | Dividend | K | T | | | | | |
| 7. White Oak Growth | A | Dividend | J | T | | | | | |
| 8. Vanguard - IRA (Header) | | | | | | | | | |
| 9. 500 Index Fund | B | Dividend | L | T | | | | | |
| 10. Wellington Fund | B | Dividend | K | T | | | | | |
| 11. Wellesley Fund | A | Dividend | J | T | | | | | |
| 12. Money Market | A | Dividend | L | T | | | | | |
| 13. Global Equity | A | Dividend | K | T | | | | | |
| 14. Prime Market | B | Dividend | N | T | | | | | |
| 15. ABA Retirement Accounts (Header) | | | | | | | | | |
| 16. ABA Retirement - Moderate Risk Fund | A | Dividend | N | T | | | | | |
| 17. ABA Retirement - Lifetime Income Retirement Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 07/29/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Municipality of Anchorage 401k (Header) | | | | | | | | | |
| 19. T. Row Price Equity Index Fund (PREIX) | C | Dividend | | | Sold | 03/02/17 | K | | Fund Exchange from T. Rowe |
| 20. TRP Equity Index Trust Class C | C | Dividend | K | T | Buy | 03/02/17 | K | | Fund Exchange from T Rowe |
| 21. Oakmark International Trust Fund -X - Harbor International Fund | | | K | T | | | | | |
| 22. Vanguard Mid-Cap Growth Fund | C | Dividend | L | T | | | | | |
| 23. UBS Resource Management Account | | | | | | | | | |
| 24. UBS Bank USA Deposit Account | A | Interest | N | T | | | | | |
| 25. Nuveen Mun Opp | D | Dividend | | | Sold | 04/12/16 | M | | Merge into Nuveen Amt Free |
| 26. Nuveen Amt-Free Mun Credtit Inc | D | Dividend | M | T | Buy | 01/12/16 | M | | Mergee from Nuveen Mun Opp |
| 27. UBS Access Account-managed by Davis Core Equities (header) | | | | | | | | | |
| 28. UBS Bank USA Deposit Account | A | Interest | M | T | | | | | |
| 29. UBS Retirement Account -IRA (Header) | | | | | | | | | |
| 30. RMA Govt Money Mkt FD (f/k/a UBS Ret. Money Fund) | A | Interest | J | T | | | | | |
| 31. UBS Bank USA Deposit Account | A | Interest | M | T | | | | | |
| 32. Blackrock Eurofund A | A | Dividend | J | T | | | | | |
| 33. Columbia Seligmann Comm & Info, Class A | C | Dividend | K | T | | | | | |
| 34. Invesco American Value, Class A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 07/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Invesco Mid Cap Growth, Class A | A | Dividend | K | T | | | | | |
| 36. Invesco Small Cap Discovery Fund, Class B | A | Dividend | K | T | | | | | |
| 37. Victory Munder Multi-Cap Fund Class A (f/k/a Munder Growth Opp) | A | Dividend | J | T | | | | | |
| 38. Lord Abbott Bond Debenture Fund, Class A | C | Dividend | L | T | | | | | |
| 39. UBS Retirement Account- SEP IRA (Header) | | | | | | | | | |
| 40. RMA Govt Money Markey FD (f/k/a UBS Bank) | A | Interest | J | T | | | | | |
| 41. UBS Bank | A | Interest | J | T | | | | | |
| 42. UBS Bank - CODA SEP | A | Interest | L | T | | | | | |
| 43. Key Bank (money market) | A | Interest | J | T | | | | | |
| 44. Alaska USA Fed. Credit Union | A | Interest | K | T | | | | | |
| 45. Northrim Bank | A | Interest | L | T | | | | | |
| 46. Northrim Bank - UTMA 2 | A | Interest | J | T | | | | | |
| 47. Northrim Bank - III | A | Interest | K | T | | | | | |
| 48. Wells Fargo Business Checking Account | | None | J | T | | | | | |
| 49. Wells Fargo Custodian SEP IRA - Money Market | A | Interest | J | T | | | | | |
| 50. TJT Boreal Investments LLC | A | Rent | K | U | | | | | |
| 51. American Enter. Inv. Serv. Inc.-Cap Inc Bldr A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 07/29/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Cohen & Steer Closed End Opp. Fund Inc | A | Dividend | J | T | | | | | |
| 53. Franklin Inc. Cl. A | A | Dividend | J | T | | | | | |
| 54. Regions Fin. Corp. | A | Dividend | J | T | | | | | |
| 55. Ameriprise Enter. - Cash | A | Interest | J | T | | | | | |
| 56. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 07/29/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III.A Non-Investment Income. I did not receive an Alaska 2016 Permanent Dividend Fund

V. Gifts. I received a copy of West Publishing's Bankruptcy Exemption Manual as a continuing author. The retail sales price of the book is $309. I consider this to be more akin to a gift, and have not listed it in Section V since it falls below the $350 minimum. However, some might consider it compensation so I am disclosing the receipt of the book.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gary A. Spraker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544